FILED

JUL 2 4 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Bobby Melton Bennett Jr     #3469489

_____     _____

_____     _____

_____     _____

*(Enter above the full name of the plaintiff*     *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    **CIVIL ACTION NO.**  2:19-cv-00541
                              *(Number to be assigned by Court)*

Timothy King
ERICA Adkins

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?

                Yes _____          No __✓___

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs:   _____

_____

_____

Defendants:   _____

_____

_____

2.   Court (if federal court, name the district; if state court, name the county);

_____

_____

3.   Docket Number:   _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

6.   Approximate date of filing lawsuit:   _____

7.   Approximate date of disposition:   _____

II. **Place of Present Confinement:** SouthWestern Regional Jail

A. Is there a prisoner grievance procedure in this institution?

Yes ✓          No _____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓          No _____

C. If you answer is YES:

1. What steps did you take? Writen Request's and Writen Grievance's

2. What was the result? That I am not needed or Used at this time. Denied

D. If your answer is NO, explain why not: _____

_____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Bobby Melton Bennett Jr

Address: 1300 Gaston Caperton Drive Holden, WV 25625

B. Additional Plaintiff(s) and Address(es): _____

_____

_____

_____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _Timothy King_____

is employed as: _Superintendent_____

at _SouthWestern Regional Jail__

D.   Additional defendants: _Erica Adkins_____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I've put in a request here at SWRJ to get employment I have been denied to be able to work here. I filled a Grievance on 7/3/19 See Attached Page 1 marked page 1 I've also filled another Grievance on 7/8/19 and As of yet has not been answered. It states that 19 yrs.

Timothy King is Superintendent here at SWRJ Erica Adkins is the one that answered my Grievance

4

IV. **Statement of Claim (continued):**

ago I get a write up for having a piece of Hacksaw Blade that I found in Holding and turned into them. But by doing so I was found guilty. Since then I have been in prison 3 times. I've also worked in SRJ Kitchen I've had my outside Clearance all 3 times and worked Road Crews all 3 times. I even was at Huntington work release for 2½ yrs. I Just made parole from there in 10/2013. But now I'm not allowed to work in a Regional Jail.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the same oppertunity as every other inmate here at having employment or to Be transfered to A Doc facility so I can get employment.

**V.**   **Relief (continued)):**

_____

_____

_____

_____

_____

**VII.**   **Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                    Yes _____          No _✓_____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _Have no way of_

_Doing So_

C.   Have you previously had a lawyer representing you in a civil action in this court?

                    Yes _____          No _✓_____

6

If so, state the lawyer's name and address:

_____

_____

Signed this ___16___ day of ___July___, 20_19_.

_Bobby M Bennett Jr._

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/16/19___.
(Date)

_Bobby M Bennett Jr._

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7